UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/b/o<br>CAPEWAY ROOFING SYTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WU ASSOCIATES, INC. and LIBERTY<br>MUTUAL INSURANCE COMPANY,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:15-cv-13317-IT |

ORDER

November 12, 2015

TALWANI, D.J.

The Plaintiff in this action having filed a Motion for Order to Stay Judicial Proceedings [#9] and the same having been considered and good cause having been shown therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. All further judicial proceedings in this matter including, without limitation, the filing of an answer or other responsive pleading by Defendants, discovery, addition of parties, and dispositive motions are hereby stayed for 60 days from the date of this order.

2. Plaintiff shall promptly report to the court following the mediation scheduled for January 5, 2016 whether this matter has been resolved.

After 60 days, this action shall resume in the same status as existed on the date on which this Order is entered.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge